# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JIM SEAGO, <br><br> Defendant. | No. 05-CR-88-LRR <br><br> **ORDER REGARDING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PETITIONS FOR RETURN OF FIREARMS** |

_____

## *I. INTRODUCTION*

The matters before the court are the Petition for return of property (docket no. 23), filed by Vernon W. Duryee on December 26, 2005; the Petition for return of property (docket no. 27), filed by Jerry Conner on January 11, 2006; the Petition for return of property (docket no. 28), filed by Jesse Flockhart on January 26, 2006; and the Petition for return of property (docket no. 30), filed by Jesse Flockhart on January 27, 2006. The court shall collectively refer to these four petitions as the "Petitions."

The Petitions were referred to Chief Magistrate Judge John A. Jarvey for the issuance of a Report and Recommendation. On January 27, 2006, Magistrate Judge Jarvey held an evidentiary hearing on Vernon W. Duryee's petition and Jerry Conner's petition. On September 27, 2006, Magistrate Judge Jarvey held an evidentiary hearing on Jesse Flockhart's two petitions. On October 4, 2006, Magistrate Judge Jarvey issued a Report and Recommendation in which he recommended denying the Petitions. Objections to the Report and Recommendation were due on October 19, 2006. No objections have been filed. The court, therefore, undertakes the necessary review of Magistrate Judge Jarvey's recommendation to deny the Petitions in this case.

## II. ANALYSIS

Pursuant to statute, this court's standard of review of a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1).

In this case, no objections have been filed, and it appears to the court upon review of Magistrate Judge Jarvey's findings and conclusions that there is no ground to reject or modify them.

For the foregoing reasons, the court hereby **ORDERS**:

(1) The court **ACCEPTS** Magistrate Judge Jarvey's October 4, 2006 Report and Recommendation (docket no. 46);

(2) The court **DENIES** Vernon W. Duryee's petition (docket no. 23);

(3) The court **DENIES** Jerry Conner's petition (docket no. 27); and

(4) The court **DENIES** Jesse Flockhart's two petitions (docket nos. 28 & 30).

**IT IS SO ORDERED.**

**DATED** this 23rd day of October, 2006.

LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA